UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER P. BACHAND,

*Plaintiff,*

vs. C.A. No. 07-299T

SILVA BROTHERS, INC. d/b/a
BARCELLOS FAMILY RESTAURANT
and JOHN SILVA,

*Defendants.*

**ENTRY OF APPEARANCE**

I, Marc DeSisto, Esq., hereby enter my appearance in this matter on behalf of Defendants, Silva Brothers, Inc. d/b/a Barcellos Family Restaurant and John Silva.

Defendants,
By their attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on November 28, 2007 and is available for viewing and downloading from the ECF system and that the counsel of record listed below will receive notice via the ECF system:

edf@sfclaw.com

*/s/ Marc DeSisto*
Marc DeSisto