UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER P. BACHAND,

*Plaintiff,*

vs. C.A. No. 07-299T

SILVA BROTHERS, INC. d/b/a
BARCELLOS FAMILY RESTAURANT
and JOHN SILVA,

*Defendants.*

**ANSWER ON BEHALF OF DEFENDANTS, SILVA BROTHERS, INC. D/B/A BARCELLOS FAMILY RESTAURANT AND JOHN SILVA**

Now come the defendants, Silva Brothers, Inc. d/b/a Barcellos Family Restaurant and John Silva and answer the plaintiff's complaint as follows:

1. These defendants deny any implied or express allegations against them made in the "Introductory Statement" of the plaintiff's complaint.

2. These defendants admit the allegations contained in paragraphs 1, 2 and 3 of that portion of the plaintiff's complaint entitled "Parties."

3. These defendants make no response to the allegations contained in paragraph 4 of that portion of the plaintiff's complaint entitled "Jurisdiction" and leave plaintiff to his proof of same.

4. These defendants make no response to the allegations contained in paragraph 5 of that portion of the plaintiff's complaint entitled "Venue" and leave plaintiff to his proof of same.

5. These defendants admit the allegations contained in paragraph 6 and deny the allegations contained in paragraphs 7 and 8 of that portion of the plaintiff's complaint entitled "Exhaustion of Administrative Remedies."

6. These defendants admit the allegations contained in paragraph 9 of that portion of the plaintiff's complaint entitled "Material Facts."

7. These defendants deny the allegations contained in paragraphs 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21 and 22 of that portion of the plaintiff's complaint entitled "Material Facts."

8. These defendants deny the allegations contained in paragraph 23 of that portion of the plaintiff's complaint entitled "Claims for Relief."

9. These defendants deny the allegations contained in paragraph 24 of Count I of the plaintiff's complaint.

10. These defendants deny the allegations contained in paragraph 25 of Count II of the plaintiff's complaint.

11. These defendants deny all of the "Prayers for Relief" section set forth in the plaintiff's complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

These defendants plead the statute of limitations as a bar to the within complaint.

### SECOND AFFIRMATIVE DEFENSE

These defendants plead that the plaintiff has failed to comply with the statutory requirements under State law in regard to filing a suit of this nature.

### THIRD AFFIRMATIVE DEFENSE

These defendants plead that they do not fall within the categories subject to the requirements of the A.D.A.

FOURTH AFFIRMATIVE DEFENSE

These defendants plead that the facts of this matter do not conform to the necessary prerequisites to a suit of this nature either under the A.D.A. or the Rhode Island Civil Right's Act.

**These Defendants hereby demand a jury trial.**

Defendants,
By their attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on November 28, 2007 and is available for viewing and downloading from the ECF system and that the counsel of record listed below will receive notice via the ECF system:

edf@sfclaw.com

*/s/ Marc DeSisto*
Marc DeSisto