UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISTOPHER P. BACHAND,

*Plaintiff,*

vs.

SILVA BROTHERS, INC. d/b/a BARCELLOS FAMILY RESTAURANT and JOHN SILVA,

*Defendants.*

C.A. No. 07-299T

## STIPULATION OF DISMISSAL

This matter is dismissed with prejudice, no attorneys' fees, and each side to bear their own costs.

Plaintiff,
By his Attorney,

*/s/ V. Edward Formisano*
V. Edward Formisano, Esq.
SINAPI, FORMISANO & CO., LTD.
100 Midway Place, Suite 1
Cranston, RI 02920

Dated: January 9, 2008

Defendants,
By their attorney,

*/s/ Marc DeSisto*
Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone:(401) 272-4442
Fax:(401) 272-9937
Email:marc@desistolaw.com

Dated: January 9, 2008